# The Atkin Firm, LLC

Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
---
* Member of NJ, NY, and PA Bar

Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

January 23, 2020

<u>**VIA ECF**</u>

Clerk
U.S. Dist. Court for the Dist. of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   **Re:** **Strike 3 Holding, LLC v. John Doe infringer identified as using IP address 69.112.9.128**
      <u>**Dkt. No. 2:20-cv-778-JMV-SCM**</u>

Dear Sir or Madam,

  I represent Plaintiff Strike 3 Holdings, LLC ("Plaintiff") in the above-referenced matter. On January 23, 2020, I caused an un-redacted version of the Complaint in this matter, containing the Defendant's true name and address and allegations concerning their BitTorrent activity, to be filed under temporary seal. Pursuant to Local Civil Rule 5.4(c)(4), enclosed is a copy of the Complaint with confidential material redacted.

  Thank you for your attention to this matter.

            Respectfully submitted,

            */s/ John C. Atkin*

            John C. Atkin, Esq.

Encl.

cc: All counsel of record (via ECF)