**Exhibit A to the Complaint**

**Location:** Boonton, NJ  
**Total Works Infringed:** 164  
**IP Address:** 69.112.9.128  
**ISP:** Optimum Online

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | CB80174B45DA0F1FC8A4D50AE8EE9B2969BE20E8 | 10/03/2019 20:45:08 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 2 | B219D12248F1CA666493E6415186170418E22D01 | 12/16/2019 06:34:22 | Vixen | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 3 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | 12/16/2019 06:29:59 | Blacked | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 4 | C6A4C7FFFC77443703912FAA9B2448FA10AEC89F | 12/08/2019 08:09:51 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 5 | 57B8794128D46B6C361B0F3CBD2590CC8E772A36 | 12/06/2019 14:22:03 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 6 | A035AD89D17FFA204EA1669362F8A2B2947F1D32 | 12/04/2019 17:51:41 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 7 | FB6DBC133B88CAB909D2CD961826DA53D1C97B46 | 12/04/2019 13:19:50 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 8 | 31B16C2D7C268EE5C39156712CAAD1C1C384FF2B | 12/03/2019 15:25:32 | Tushy | 12/02/2019 | 12/17/2019 | PA0002217668 |
| 9 | 7F06F0E07A10143EB2C8673FADA7B21358A4AB2D | 12/02/2019 20:02:44 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 10 | 1D37D15A6B1539E3F6762902494A33151E80C447 | 09/30/2019 21:30:23 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 11 | 17BB3B0967A7E4F30C1180FE82B85D69B848B7EF | 09/29/2019 22:36:17 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 12 | D688340236811F64E8637A5AFF159570F1648994 | 09/23/2019 22:29:16 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 13 | EDFC62C9AAB72DDFCD865F492AFC530D912B089E | 09/23/2019 22:11:56 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 14 | A976917AAA3DF889DAC82884342A1AFCD85ACB2A | 09/22/2019 12:09:41 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 15 | 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B | 09/20/2019 21:49:25 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 16 | AE22AB5504C05C2B883232F07799C9925A3CBA59 | 09/20/2019 21:48:10 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 17 | 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23 | 09/20/2019 21:46:16 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 17B1792C83AEBC91585F95157D74A5375A45D307 | 09/20/2019 21:43:07 | Blacked Raw | 09/14/2019 | 10/01/2019 | PA0002217360 |
| 19 | EC432D8D71F5AB0CE83147F50B0873710BD1EC03 | 09/20/2019 21:39:55 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 20 | BC461134D25A4591C42F22BCC053E47DD2D6599E | 09/20/2019 21:36:44 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 21 | 4A0F9A2CDF26BA73AD3F4320DC99A69ED9F98279 | 09/20/2019 21:36:20 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 22 | 77E413E1EAC50BD62E1349DDD2F3338483C01821 | 09/20/2019 21:36:17 | Blacked | 05/25/2019 | 06/13/2019 | PA0002180952 |
| 23 | DA6E99522230ABDBF22D2C9897260D08FC094689 | 09/19/2019 00:52:39 | Tushy | 09/18/2019 | 10/01/2019 | PA0002217340 |
| 24 | 827F122C8F3DFA25A538C59E25DA1DB839D40A73 | 09/10/2019 21:32:30 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 25 | 5295DDD0AE5BB14B1E6D91E899708CBFCBD14436 | 09/09/2019 16:24:44 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 26 | 78C694B5EFF2DB0909579A63EF78E5F1A36D21CA | 09/09/2019 16:22:20 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 27 | 16BE9C2A0836D8C3DA7C84CD3ED4B4E614605590 | 09/09/2019 14:46:56 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |
| 28 | 0C7142989EFE3D227B3992F49CBD900BFD60BDD9 | 09/08/2019 17:28:06 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 29 | 47CE723D84C0A2028A53B98FE9431C963A280E54 | 09/07/2019 01:23:08 | Tushy | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 30 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | 09/06/2019 00:29:52 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 31 | E1076A99E39DC97EBB42772E6B6E8A44471104F7 | 09/05/2019 23:57:26 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 32 | 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36 | 09/04/2019 10:32:47 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 33 | ADA6C90C15477FEA4CE596482D9C935DCE6115CE | 08/24/2019 19:59:40 | Blacked | 04/20/2017 | 06/15/2017 | PA0002037578 |
| 34 | 56DCEECF670433E528CAF870134FB35521993324 | 08/24/2019 19:48:23 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 35 | D70D8C06DD57495A3DB5D92E755B60E549A11BF6 | 08/19/2019 21:46:59 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 36 | 97D7DECC65EE65054BB0869E1A8B6462C8A5C6D1 | 08/09/2019 20:30:56 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | F73936CF545303ABE77885E4426C21E35458ED50 | 08/07/2019 09:24:53 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 38 | AEF596B2A74CB1B948B5CAC68F5DD71E610D3553 | 07/31/2019 03:17:23 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 39 | C02D9FD5786E224FF0571A891492ED06D71A0B2C | 07/27/2019 21:30:22 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 40 | 605C9418209F27737FD241EF51A32CBFABAAB038 | 07/23/2019 03:05:51 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 41 | 727C2698471403826A0D17EAF0010FFEAD561BCC | 07/21/2019 18:29:56 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 42 | 8CE6609A9583364D541B496569DB759B02C4E4E6 | 07/21/2019 18:26:43 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 43 | B1481EE1FCBAF41A099741DDBE34FE652B295B84 | 07/21/2019 18:21:29 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |
| 44 | B8DCA54C359D81B630E039F7CDD985F7BAE2C6D1 | 07/16/2019 21:40:19 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 45 | 011E0D218B85D173549FA506EC1085CFF2C8173E | 07/12/2019 14:51:52 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 46 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | 07/12/2019 14:48:28 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 47 | 425B69EBF37AF69ECEF370C54A0B8F23AB28C401 | 07/12/2019 14:38:21 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 48 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | 07/11/2019 22:10:54 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 49 | 2F2B719D8254E2D93D0F411F888EC68602804CE6 | 07/11/2019 21:58:24 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 50 | F9464364204E3E49C86D3F9F4E36E07E320A7E24 | 07/11/2019 21:29:44 | Blacked | 07/09/2019 | 09/10/2019 | PA0002199416 |
| 51 | 172B0861C7CA23AECB73B14D413A50D427AA94F3 | 07/11/2019 21:29:06 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 52 | 96F927CECF3C4285D3E86C6B1F73155BCAC56CC6 | 07/11/2019 21:22:50 | Tushy | 06/05/2019 | 07/17/2019 | PA0002188310 |
| 53 | 7EF8F2F7F6082F4D5A4608A1FCC50565AB14164B | 07/11/2019 21:21:43 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 54 | 514D05CDCEA1DE320487ED6ECB2BF7256E041003 | 07/11/2019 01:00:26 | Tushy | 07/10/2019 | 08/02/2019 | PA0002192298 |
| 55 | 0C17A8B45AEBB85A7EA141C13061D235CCC92C9D | 07/08/2019 21:04:30 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | E92783F40AFF1BBBD0537867A2424E94D447DD5C | 07/07/2019 01:57:40 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 57 | AEA87D5C85EFA1D10BE6A428492BB824528DDCD8 | 07/03/2019 20:00:30 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 58 | FD566995F3728DBE3CB9331DB4DDF9D40A8AB46C | 06/29/2019 20:16:30 | Blacked | 06/28/2019 | 08/27/2019 | PA0002213235 |
| 59 | 12E78D2F16C525AA620686C2AE662B704C2170BA | 06/26/2019 22:25:47 | Tushy | 06/25/2019 | 08/27/2019 | PA0002213234 |
| 60 | 8CA0F39DC93E2FB8E8E019B2F5F2E31128D9ABA2 | 06/23/2019 12:44:40 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 61 | 7612A9F48D851872053DE0B96B448750FD598FE0 | 06/23/2019 12:44:37 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 62 | DCE20860C2D5C262B11476FB7643613EACC0825A | 06/23/2019 12:42:15 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 63 | 30AA3D9C87CA3586A46BA5B743F6288348D0AEAE | 06/23/2019 12:39:03 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 64 | E6683078F639AE7A581BCADF96A49BC808143689 | 06/08/2019 13:05:37 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 65 | 714347DA4C62B3CA14D25D6E097ECEB5F29D0AF5 | 06/02/2019 21:05:30 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 66 | AD9BA260BAEFD17425C67798DAA590FAF6398BAD | 06/02/2019 20:55:43 | Tushy | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 67 | 04747772BF7F0BFAF7C0AC71AF1BE64A1CC2F021 | 06/02/2019 20:52:38 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 68 | DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72 | 05/26/2019 15:31:00 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 69 | 0A7AF84195A735F680D7D1B00BA4CFD1CF18326A | 05/26/2019 15:29:00 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 70 | 891DEF3560ECAAB67C1D2B820F798C7C917F44E4 | 05/26/2019 15:05:44 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 71 | F4C62F1FD6F96D354A206B3C071BC30B0FCF3492 | 05/17/2019 22:44:18 | Tushy | 05/16/2019 | 07/05/2019 | PA0002206381 |
| 72 | 3EAACDA3EEF2F95508AC4C814CE58E58D920FA9F | 05/17/2019 22:37:03 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |
| 73 | 8353F4631A78E6DC2342C97336E4C914EF5A5F4C | 05/16/2019 10:14:17 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 74 | 8D1FD7C2EBE2FA88228601C874E3EBD31D2F524A | 05/15/2019 03:47:38 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 75 | 57486A4EDC4CD3291B78225FD65401AF15D5AD8A | 05/12/2019 02:11:44 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 76 | C67CEBFB35714146396FF2583118CA8B68E56015 | 05/11/2019 13:36:38 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 77 | 7B75AAD5EB3B7BE29D8EE7AFA3F5E03FABCCC739 | 05/11/2019 13:04:36 | Blacked | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 78 | AE750F5727D5021BA16CEAD9C6F9EED653129648 | 05/11/2019 12:54:17 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 79 | 050511E544A94851EDE7195D2AEE4D38A1102E4D | 05/08/2019 03:10:37 | Tushy | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 80 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | 05/08/2019 02:28:41 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 81 | C1292518B2BE13B55F290F84B3BF257C84D8E765 | 05/07/2019 10:02:41 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 82 | 88649C6C53B34CFC24DFC1EC8D899AAAF771AE7F | 05/07/2019 10:01:00 | Blacked | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 83 | FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB | 05/07/2019 00:44:20 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 84 | 875718CD45674DDEB957B537BB8B0F3ADA4510B3 | 05/04/2019 12:49:35 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 85 | 22E0471CB65E4CC0F297516AB32C55D1153FFF9E | 05/04/2019 12:14:32 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 86 | CE3CB7047EEFBE47EEC040433B7A4903AE4ED8D7 | 04/30/2019 02:30:09 | Blacked Raw | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 87 | 41577E4102ED339277357B7EF3E97C1347487EE2 | 04/28/2019 16:43:54 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 88 | 49E920F163B2C9EF2C175D4BDFA8E00D957F0478 | 04/28/2019 04:36:11 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |
| 89 | B1FE877176D6B0ADC33A5EB57CCE4D0BC08E4C59 | 04/28/2019 04:27:52 | Blacked Raw | 04/27/2019 | 07/05/2019 | PA0002206379 |
| 90 | 746D9B73754B6C72A485D01D10F5602543BCB897 | 04/23/2019 21:14:21 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 91 | F7B8C238ADE985555267A45CC5A4BF6526A3D667 | 04/23/2019 21:10:04 | Tushy | 03/02/2017 | 05/25/2017 | PA0002049784 |
| 92 | 18B454A9C4B392D3B36B10F5307E46926A367695 | 04/23/2019 00:36:43 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 93 | 11EE13D9CFC55B5E8295164E0F6E09165BC23494 | 04/22/2019 10:41:40 | Tushy | 07/05/2018 | 08/07/2018 | PA0002132399 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 94 | 65E35C5FA685D1808C2FEA6382D2A058E3BCECE2 | 04/22/2019 09:57:24 | Tushy | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 95 | B72D3C77D269B4C27197B79F5D0E68B4E1A7E096 | 04/21/2019 14:31:10 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 96 | 756653BDA1359DA3C57C8F06A8464E6C51944824 | 04/20/2019 12:11:18 | Tushy | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 97 | A613FAE5C731D1B4813F7ED8B2C847DD47044E7B | 04/20/2019 12:09:59 | Tushy | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 98 | 0A7726E37E9B072573F9F2DB4D73EB77E34C9FE8 | 04/20/2019 12:09:52 | Tushy | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 99 | 39D315151B308772A5FD784A7F7AA290FDE9D884 | 04/19/2019 12:16:28 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 100 | EECD7503EB4363B8752184BAFA076370D9C34024 | 04/19/2019 12:10:37 | Tushy | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 101 | 06A0AA871C38B22364679C407392C4C580DAB699 | 04/18/2019 10:21:17 | Vixen | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 102 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | 04/18/2019 10:20:28 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 103 | 06D35470ADBEDD8D7A25FAD86413AACD86A99631 | 04/18/2019 04:02:33 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 104 | B4ACDA35B09CF3DAD14B41BE48C60596167580CE | 04/18/2019 03:56:25 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 105 | A0BDB4F3AA0ABA62455C0F0F6AF97E50FC2EB2CD | 04/18/2019 03:54:59 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 106 | E4074A0CFC17A2FE74CC01B85C6AC77133DEF3E5 | 04/18/2019 03:42:03 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 107 | BD2404373DD82C00C1A8237BFD0B60AA232015BE | 04/18/2019 03:41:36 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 108 | 3B6DD632CCA8A75E5ADEA70A23BE3E4A6BE322A0 | 04/18/2019 03:40:10 | Blacked | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 109 | BE7AEAB0E3C16AAC5B04511AE9AF876AF1367B90 | 04/17/2019 04:08:33 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 110 | 530BEC5AC626EC76019F93234443495F87FB5C3E | 04/17/2019 02:54:48 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 111 | 2F478AFE5824C8C672123D451229841217F70336 | 04/14/2019 23:33:46 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 112 | 4C5FBF77D076784D733E640F8382D709957A0DD7 | 04/14/2019 13:41:18 | Tushy | 09/13/2018 | 11/01/2018 | PA0002143414 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 113 | 1A214A8BD822C63B8F5B668E78951B38FED69017 | 04/13/2019 18:05:25 | Tushy | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 114 | A66C9C655E360338BD35653F211606B8DDC42727 | 04/11/2019 23:04:44 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 115 | A437317FF2D1E28AA448C20994CBA80DB3C00577 | 04/11/2019 05:49:47 | Tushy | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 116 | EA5F59E9EC73C39C341F584391A04EE79840F346 | 04/07/2019 13:16:00 | Blacked | 02/04/2019 | 03/24/2019 | PA0002183208 |
| 117 | 45B374BCC1D8621CA6F3713279A96118BADDC39B | 04/07/2019 13:08:34 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 118 | 1DA9D628F709EB4881366045CDDC2AF15102CE5C | 04/07/2019 12:42:34 | Tushy | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 119 | 51B937DE9EC1865F4B9FA53D0F08E4E61CCB1DF9 | 04/07/2019 12:42:01 | Tushy | 04/06/2019 | 04/29/2019 | PA0002169945 |
| 120 | 333EF607453E84D6528AC24F90BAF0FAD4A1117A | 03/27/2019 21:23:41 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 121 | 2ECA2A086E105B1E695945BB1550A80974C30119 | 03/27/2019 01:29:22 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 122 | B269083F7D76F7B71577D693D11850C0AAFE9B74 | 03/17/2019 08:19:29 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 123 | 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC | 03/17/2019 08:18:12 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 124 | 7F54BA0D9D039851A32EF2952EE2D918DDF74E75 | 03/17/2019 08:15:37 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 125 | 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC | 03/17/2019 08:13:43 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 126 | 72555676245CA53C457541455A41821330714A7A | 03/17/2019 05:12:25 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 127 | 96CA0D7FF3B563FD057436FBC325B6FF3EB237B7 | 03/09/2019 18:42:11 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 128 | 953232FFD1D319FF391B967E7020BC9DC2F6E57D | 03/09/2019 18:39:42 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 129 | 400E090F4802B871662C556A82ABFC945392215F | 03/05/2019 11:15:57 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 130 | D8C58B8A3741D0116A3593206B06EDEC75D3C991 | 03/05/2019 04:16:20 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 131 | 24EC0426EAC05426517835813090CB9231DBA52B | 03/05/2019 03:55:12 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | 381862BD7FE128DF51F5259CC018721E1F51AD0B | 03/02/2019 02:24:43 | Tushy | 02/25/2019 | 04/17/2019 | PA0002187005 |
| 133 | EF30CEA47B180A82FCDB40E4429B9280786CBDCE | 02/25/2019 03:35:50 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 134 | 6D086E1CC31556A97BE20B50915D796AEF41EEFE | 02/22/2019 23:50:14 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 135 | 221FADE3CD0CE4DD725D9793A60F2E7BF36D361A | 02/22/2019 23:32:44 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 136 | E8FDE02B470854F96FE03570C920B30F274A14E2 | 02/14/2019 12:49:40 | Tushy | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 137 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | 02/14/2019 12:46:00 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 138 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | 02/14/2019 12:43:29 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 139 | 2918BDB991FE3BBC54C59C045CC0C24DAA1CBFF4 | 02/14/2019 12:34:41 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 140 | 95268E17253E5EC3710FEE3E293364B0E32DD323 | 02/14/2019 12:34:04 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 141 | DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5 | 02/12/2019 20:33:48 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 142 | D292618BE500B68D5A2851DE6C3ABCDE8522F9EC | 02/11/2019 00:30:06 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 143 | 876D2C05E6D9303ED7463D2F84C79E1BDDC67F10 | 02/10/2019 19:58:37 | Vixen | 02/03/2019 | 03/24/2019 | PA0002183213 |
| 144 | 651422C1D8217D10D8936EA570442A0C6EAA85A2 | 02/10/2019 19:53:19 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 145 | 3B5C703DC819B27E0C00605E7B636F3BFF4A66D7 | 02/10/2019 15:31:34 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 146 | 9576D10D0253F5954B16C9C17C755541603FEB3B | 02/03/2019 15:18:50 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 147 | 56BF0671C368B87782691AB922B69AF7CF37FB90 | 02/02/2019 15:40:38 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 148 | EB654B2150B83E846DF8B2E4D5765E210563A322 | 01/27/2019 03:41:47 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 149 | 83A381F7591C14CA22D4C8A3F93C7472D2F2366F | 01/23/2019 22:17:36 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 150 | 5388E2AF6BA053552505447FD1595996482FCA4F | 01/21/2019 02:05:31 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 151 | 6FDE72E5A2B4CEF741CF53B83CC6DBCA08EA57DA | 01/01/2019 15:03:46 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 152 | 56D1321650F135AA0536F12541D9AA760B8E16B8 | 01/01/2019 15:01:55 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 153 | C75A5D7C0BFE1F353032D239F001E8EC11C64687 | 01/01/2019 14:49:20 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 154 | 2E5855D40A11FB873EAF0FD7EB3948705465F2EF | 01/01/2019 14:47:07 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 155 | F0FD017A6FC4517878BB487DB8FF737BE1E1B079 | 01/01/2019 14:46:56 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 156 | D42A846697082652EFB3E70B9AE1AB3D0B5AE35C | 01/01/2019 14:46:52 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 157 | 0B16315F57F07E173D0600CC87ABFC94AE29EC92 | 12/17/2018 11:31:34 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 158 | 1018A676073B24EB9A7384E7BF56686079E27B27 | 12/17/2018 11:31:26 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 159 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | 12/17/2018 11:25:57 | Tushy | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 160 | 1FB01C62464C1A31AECE85754CFE67E51306FA3E | 12/17/2018 11:23:45 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 161 | 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86 | 12/17/2018 11:23:29 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 162 | 381BDB453192B9B75233C9EE50A69C3D78761F29 | 12/17/2018 11:23:10 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 163 | 42FA8D55C449F1B251CBDCA779AF8B82B924AD80 | 12/17/2018 11:22:54 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 164 | B7BCBF2FCDD44A8BDB3A063EB66E0773C0B07526 | 12/17/2018 11:20:52 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |